JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:   (702) 792-3773
Fax:  (702) 792-9002
Email: bundickj@gtlaw.com
         andersonel@gtlaw.com

*Attorneys for Defendant Regions Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA RENEE HARLAN,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-01707-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REGIONS BANK TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED between Plaintiff MELISSA RENEE HARLAN ("Plaintiff") and Defendant REGIONS BANK ("Regions," or collectively with Plaintiff, "Parties"), through their undersigned counsel, that Regions shall have an additional two (2) weeks in which to file and serve its response to Plaintiff's Complaint [ECF No. 1] as provided by LR IA 6-1, from October 9, 2025, through and until October 23, 2025.  This is the first request to extend the time for Regions to submit a response to the Complaint and the Parties request that the Court enter an order approving this stipulation.

Good cause exists for this request.  Regions requested this short additional extension of time to permit an adequate opportunity for counsel to complete their evaluation of the Complaint and to assess potential issues raised by the allegations.  The Parties met and conferred, and Plaintiff agreed to the extended response deadline.

/ / /

The Parties respectfully request that the Court enter an order approving this stipulation.

DATED this 8th day of October, 2025.

| GREENBERG TRAURIG, LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| /s/Elliot T. Anderson<br>JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Regions Bank* | /s/Kevin L. Hernandez<br>KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 West Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2025

ACTIVE 715331056v1