1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  ELLIOT T. ANDERSON, ESQ.
   Nevada Bar No. 14025
3  **GREENBERG TRAURIG, LLP**
   10845 Griffith Peak Drive, Suite 600
4  Las Vegas, Nevada 89135
   Tel:   (702) 792-3773
5  Fax:   (702) 792-9002
   Email: bundickj@gtlaw.com
6          andersonel@gtlaw.com

7  *Attorneys for Defendant Regions Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA RENEE HARLAN,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-01707-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REGIONS BANK TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**[Second Request]** |

IT IS HEREBY STIPULATED between Plaintiff MELISSA RENEE HARLAN ("Plaintiff") and Defendant REGIONS BANK ("Regions," or collectively with Plaintiff, "Parties"), through their undersigned counsel, that Regions shall have an additional three (3) weeks in which to file and serve its response to Plaintiff's Complaint [ECF No. 1] as provided by LR IA 6-1, from October 23, 2025, through and until November 13, 2025. This is the second request to extend the time for Regions to submit a response to the Complaint, and the Parties request that the Court enter an order approving this stipulation.

Good cause exists for this request. This request is to further judicial economy as the Parties are determining whether early dispute resolution is a possibility. But given the availability of counsel, this additional time is needed to determine whether this case can be resolved early. For that reason, the Parties have agreed to an additional three (3)-week extension of time from October 23, 2025,

1

through and until November 13, 2025, in which to respond to Plaintiff's Complaint. The Parties met and conferred, and Plaintiff agreed to the extended response deadline.

The Parties respectfully request that the Court enter an order approving this stipulation.

DATED this 22nd day of October, 2025.

| **GREENBERG TRAURIG, LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| */s/Elliot T. Anderson* | */s/Kevin L. Hernandez* |
| JACOB D. BUNDICK, ESQ.<br>Nevada Bar No. 9772<br>ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135 | KEVIN L. HERNANDEZ, ESQ.<br>Nevada Bar No. 12594<br>8920 West Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147 |
| *Attorneys for Defendant Regions Bank* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2025