JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:   (702) 792-3773
Fax:   (702) 792-9002
Email: bundickj@gtlaw.com
         andersonel@gtlaw.com

*Attorneys for Defendant Regions Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA RENEE HARLAN,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-01707-JCM-NJK<br><br>**STIPULATION AND ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT AND NOTICE OF SETTLEMENT** |

IT IS HEREBY STIPULATED between Plaintiff MELISSA RENEE HARLAN ("Plaintiff") and Defendant REGIONS BANK ("Regions," or collectively with Plaintiff, the "Parties"), through their undersigned counsel, that the Parties reached a settlement agreement, and hereby stipulate and agree that all pending deadlines in this matter be stayed for sixty (60) days so that the Parties may finalize a formal written agreement.

The Parties will file a stipulated dismissal of all claims once their settlement agreement is finalized and executed, or a status report in sixty (60) days if such dismissal has not occurred. There is currently no trial date set.

Good cause exists for this request. This request is to further judicial economy as the Parties have settled the case. Thus, the Parties seek to minimize fees incurred and the burdens on this

1

ACTIVE 716482566v1

1  Court's docket.  The Parties respectfully request that the Court enter an order approving this
2  stipulation.  This request is not to delay the proceedings.
3       DATED this 13th day of November, 2025.

4  **GREENBERG TRAURIG, LLP**                **LAW OFFICE OF KEVIN L. HERNANDEZ**

6  ␣␣␣␣/s/Elliot T. Anderson␣␣␣␣             ␣␣␣␣/s/Kevin L. Hernandez␣␣␣␣
   JACOB D. BUNDICK, ESQ.                   KEVIN L. HERNANDEZ, ESQ.
7  Nevada Bar No. 9772                      Nevada Bar No. 12594
   ELLIOT T. ANDERSON, ESQ.                 8920 West Tropicana Avenue, Suite 101
8  Nevada Bar No. 14025                     Las Vegas, Nevada 89147
   10845 Griffith Peak Drive, Suite 600
9  Las Vegas, Nevada 89135                  *Attorneys for Plaintiff*

10 *Attorneys for Defendant Regions Bank*

13                                          **IT IS SO ORDERED:**

14                                          /s/ James C. Mahan

15                                          UNITED STATES DISTRICT JUDGE
16                                          DATED: November 19, 2025

2

ACTIVE 716482566v1

| | |
|---|---|
| **From:** | Kevin Hernandez |
| **To:** | Anderson, Elliot (Assoc-LV-LT) |
| **Cc:** | Bundick, Jacob (Shld-LV-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | Re: Case No. 2:25-cv-01707 Melissa Harlan v. Regions Bank Et al. |
| **Date:** | Thursday, November 13, 2025 3:31:16 PM |
| **Attachments:** | image001.png<br>Outlook-hse3fyjd |

Approved for filing with my e-signature. Thanks.

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
P: (702) 563-4450
F: (702) 552-0408
www.kevinhernandezlaw.com



*Licensed in Nevada and California

CONFIDENTIALITY NOTE: The information in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
**Sent:** Thursday, November 13, 2025 3:21 PM
**To:** Kevin Hernandez <Kevin@kevinhernandezlaw.com>
**Cc:** bundickj@gtlaw.com <bundickj@gtlaw.com>; flintza@gtlaw.com <flintza@gtlaw.com>
**Subject:** RE: Case No. 2:25-cv-01707 Melissa Harlan v. Regions Bank Et al.

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hi Kevin,

Attached hereto, please see a notice of settlement and stipulation staying deadlines pending memorialization. Please let us know as soon as possible if we may affix your e-signature and file.

Thanks,