JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel:    (702) 792-3773
Fax:    (702) 792-9002
Email: bundickj@gtlaw.com
          andersonel@gtlaw.com

*Attorneys for Defendant Regions Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA RENEE HARLAN, <br><br> Plaintiff, <br><br> v. <br><br> REGIONS BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, <br><br> Defendants. | Case No. 2:25-cv-01707-JCM-NJK <br><br> **STIPULATION AND ORDER TO CONTINUE STAY AND NOTICE OF SETTLEMENT STATUS** |

Plaintiff MELISSA RENEE HARLAN ("Harlan") and Defendant REGIONS BANK ("Regions," or collectively with Plaintiff, the "Parties"), through their undersigned counsel, file this status report pursuant to the Court's order dated November 19, 2025.

The Parties previously sought time to memorialize a settlement and requested a stay of these proceedings. The Parties report that they reached agreement on memorialized terms, will shortly execute a formal settlement agreement, and this settlement agreement will resolve Harlan's claims against Regions. Thus, the Parties expect that Harlan's claims against Regions will be dismissed shortly.

Therefore, the Parties hereby stipulate and agree that all pending deadlines in this matter be stayed for an additional thirty (30) days so that the Parties can execute and implement a formal

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (Fax)

1

written agreement. In this time, the Parties expect that the formal settlement agreement will be executed and a stipulated dismissal of Harlan's claims against Regions will be entered. In the unlikely event the Parties cannot do so in this time, the Parties stipulate and agree to file a status report in thirty (30) days if such dismissal has not occurred. There is currently no trial date set.

Good cause exists for this request and continuing the stay. This request is to further judicial economy as the Parties have settled the case. Thus, the Parties seek to minimize fees incurred and the burdens on this Court's docket. The Parties respectfully request that the Court enter an order approving this stipulation. This request is not to delay the proceedings.

DATED this 20th day of January, 2026.

**GREENBERG TRAURIG, LLP**

_____/s/Elliot T. Anderson_____
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendant Regions Bank*

**LAW OFFICE OF KEVIN L. HERNANDEZ**

_____/s/Kevin L. Hernandez_____
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8920 West Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: January 21, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (Fax)

2

ACTIVE 718169296v1