Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA RENEE HARLAN,<br><br>Plaintiff,<br><br>v.<br><br>REGIONS BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:25-cv-01707-JCM-NJK<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF REGIONS BANK WITH PREJUDICE** |

Plaintiff, Melissa Renee Harlan ("Plaintiff") and Defendant, Regions Bank ("Regions") have resolved all claims, disputes, and differences between Plaintiff and Regions.

Therefore, Plaintiff and Regions, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of all claims against Regions with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Regions bearing their own

///

///

///

///

///

Page 1 of 2

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 10, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 10, 2026

**GREENBERG TRAURIG, LLP**

*/s/Elliot T. Anderson*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant Regions Bank*

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO REGIONS BANK

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Regions are hereby dismissed with prejudice. Plaintiff and Regions will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: March 12, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408